## CHARLES E. RICKEY

*v.*

## THE STATE OF ILLINOIS.

*Opinion filed December 12, 1890.*

STATUTE OF LIMITATIONS—*claim barred because not filed within two years.* The Commission after a hearing on a motion for a rehearing in this case affirms its former opinion.

This cause was heard at the August term, A. D. 1889, and upon hearing the petition was dismissed because of a failure on the part of claimant to file his petition within two years.

On the 20th day of August, 1890, a motion for a new hearing is filed on the part of the claimant. After hearing arguments of counsel upon said motion and on due consideration thereof the motion for a new hearing is denied, and the opinion heretofore filed herein is reaffirmed.